```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID DICARLO, *on behalf of himself and all others similarly situated,*

        Plaintiff,

-against-

BJ'S WHOLESALE CLUB, INC.,

        Defendant.

Case No.: 18-cv-10743

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, BJ'S WHOLESALE CLUB, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Eric Douglas Witkin, Esq.
Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022
Telephone: (212) 583-9600
ewitkin@littler.com

Date: October 24, 2019

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 W. 24th Street, Eighth Floor
New York, NY 10011
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: October 24, 2019

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii).

SO ORDERED.

Dated: December 2, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge